SONNENSCHEIN NATH & ROSENTHAL LLP
Lezlie Willis
2000 McKinney Avenue
Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 768-0910

- and -

Jo Christine Reed (*admitted pro hac vice*)
1221 Avenue of the Americas
24th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Proposed Counsel for*
*Matthew D. Orwig, Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

------------------------------------------------------------x
In re:                                                            Case No. 09-33918-HDH-11

**FIRSTPLUS FINANCIAL GROUP, INC.,**

                **Debtor.**
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 )ss.:
COUNTY OF NEW YORK )

      George Luis Medina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sonnenschein Nath & Rosenthal LLP.

      On August 7, 2009, I served true and correct copies of the following:

      1.      **Notice of Filing of Limited Service List as of August 7, 2009;**

**AFFIDAVIT OF SERVICE**
**Page 1 of 6**

2. Motion for leave of Chapter 11 Trustee to Conduct Rule 2004 Discovery of Various Parties Regarding the Debtors Estate; and

3. Objection to (related document(s): 85 Motion for 2004 examination of Robert O'Neal, Gary Alexander, Todd Hickman and Jack Roubinek

upon the parties listed on the Service List attached hereto by First Class Mail.

                                                                      George Luis Medina

Subscribed and sworn to before me this 12th day of August, 2009

_____
Notary Public

KAREN J. PETTAPIECE
Notary Public, State of New York
No. 02PE6133118
Qualified in Kings County
Commission Expires Sept. 12, 2009

-2-

AFFIDAVIT OF SERVICE
Page 2 of 6

## SERVICE LIST

| LIMITED SERVICE AS OF AUGUST 7, 2009 ||
|---|---|
| FirstPlus Financial Group, Inc.<br>3965 Phelan Blvd., Suite 209<br>Beaumont, TX 77707 | Erin Marie Schmidt<br>Office of the U.S. Trustee<br>1100 Commerce St., Rm. 976<br>Dallas, TX 75242 |
| Matthew D. Orwig Chapter 11 Trustee<br>2000 McKinney Ave., Suite 1900<br>Dallas, TX 75201-1858 | Securities & Exchange Commission<br>Rose L. Romero, Regional Director<br>Burnett Plaza, Suite 1900<br>801 Cherry Street, Unit 18<br>Fort Worth, TX 76102 |
| Steven D'Aguanno<br>Assistant United States Attorney<br>District of New Jersey<br>401 Market St., 4th Fl.<br>Camden, NJ 08101 | |

| TWENTY LARGEST UNSECURED CREDITORS ||
|---|---|
| LEPERCQ Corporate Limited<br>   Income Fund LP<br>Lexington Realty Trust<br>One Penn Plaza, #4015<br>New York, NY 10119-4015 | L & L Holdings, LLC<br>1105 Dutch Ridge Rd.<br>Beaver, PA 15009 |
| Internal Revenue Service Special<br>Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Seven Hills Management, LLC<br>1231 Bainbridge St.<br>Philadelphia, PA 19147 |
| Olshan Grundman Frome Rosenzweig<br>   & Wolosky LLP<br>Park Avenue Tower<br>65 East 55th St.<br>New York, NY 10022 | Svetlana Pelullo<br>c/o Arkadiy Grinshpun Grinshpun Law Firm<br>7909 Bustleton Ave.<br>Philadelphia, PA 19152 |
| Patton Boggs<br>Attn: Cass Weiland, Esq.<br>2001 Ross Ave., #3000<br>Dallas, TX 75201 | Hulse & Stucki<br>Attn: Jay R. Stucki<br>2912 West Story Road<br>Irving, TX 75038 |
| William Maxwell<br>c/o William Maxwell, PLLC<br>1300 McGowan<br>Houston, TX 77004 | Learned Associates of North America LLC<br>2509 Centennial Ave.<br>Atlantic City, NJ 08401 |
| James P. Hanson<br>22973 Sutro St.<br>Hayward, CA 94541 | Siegal and Drossner, PC<br>300 Yorktown Plaza<br>Elkins Park, PA 19027 |
| Michael Cordova<br>13876 SW 56th St., #151 | Downey Brand LLP<br>427 West Plumb Ln. |

| | |
|---|---|
| Miami, FL 33175 | Reno, NV 89509 |
| James W. Puzey<br>Law Offices of James W. Puzey<br>P.O. Box 70172<br>Reno NV 89570 | Bowne of Dallas<br>1931 Market Center Blvd., #111<br>Dallas, TX 75207 |
| Firstline Mortgage Group v Rutgers Investment<br>c/o Robert Johnson<br>101 S. El Camino Real, #100<br>San Clemente, CA 92672 | Secore & Waller, LLP<br>Attn: Wayne M. Secore<br>Four Forest<br>12222 Merit Dr., #1350<br>Dallas, TX 75251 |
| John Clarson<br>4200 Ranier Court<br>Forth Worth, TX 76109 | Buckno Lisicky & Company<br>Attn: Tony Buckno<br>1524 Linden Street<br>Allentown, PA 18102-4251 |

| SECURED CREDITORS ||
|---|---|
| Robert O'Neal<br>324 N. 23rd Street<br>Beaumont TX 77707 | Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 |

| SHAREHOLDERS ||
|---|---|
| Robert O'Neal<br>34 N. 23rd Street<br>Beaumont, TX 77707 | Rutgers Investment<br>3965 Phelan Blvd, # 209<br>Beaumont, TX 77707-2232 |

| NOTICES OF APPEARANCE ||
|---|---|
| Lepercq Corporate Income Fund L.P.<br>c/o David F. Staber<br>Clayton D. Ketter<br>Akin Gump Strauss Hauer & Feld, LLP<br>1700 Pacific Ave., #4100<br>Dallas, TX 75201 | James Hanson<br>c/o Daniel J. Sherman Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208-5498 |
| Angela Dodd<br>Securities and Exchange Commission<br>175 West Jackson Blvd., Suite 900<br>Chicago, Illinois 60604 | Bowne of Dallas, L.P.<br>c/o Gail B. Price Bronwen Price<br>2600 Mission St., #206<br>San Marino, CA 91108 |

AFFIDAVIT OF SERVICE
Page 4 of 6

|  |  |
|---|---|
| George H. Tarpley<br>Cox Smith Matthews Incorporated<br>1201 Elm St., #3300<br>Dallas, TX 75270 | Learned Associates of North America LLC<br>c/o Gary B. Freedman<br>7909 Bustleton Avenue<br>Philadelphia, PA 19152 |
| Seven Hills Managements, LLC<br>c/o Arkadiy Grinshpun<br>7909 Bustleton Avenue<br>Philadelphia, PA 19152 |  |